EUGENE F. MILLARD, Appellant, v. BINKLEY COMPANY, Respondent.

— HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.